STATE of Missouri, Respondent,

v.

John MOORE, Appellant.

No. ED 75326.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 11, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 25, 2000.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for Respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

John Moore, defendant, appeals his convictions following jury verdicts, on one count of first degree assault and one count of armed criminal action in connection with the shooting of Jonathan Brown.

We have reviewed the record on appeal and the briefs of the parties and find no error of law. An extended opinion would have no precedential value, we affirm the opinion pursuant to Rule 30.25.